IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01152–EWN–OES

CHRISTIAN ONASSIS,

    Plaintiff,

v.

CYNOSURE, INC., a Delaware corporation; and
NORMA BAER,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulated Motion to Dismiss With Prejudice" filed June 14, 2005. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  29  day of June, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge